William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Jaime Rangel
(Mistakenly identified as Jamie)

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No: 2:13-cr-00117 GEB |
| ) | |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v.  ) | CONFERENCE |
| ) | |
| DANIEL COVARRUBIAS, et al.  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

The defendants, Jamie Rangel and Daniel Covarrubias, by and through their undersigned counsels, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Friday, August 9, 2013 at 9:00 am be vacated and continued until Friday, September 13, 2013 at 9:00 am.

1

A continuance is necessary to provide counsel with additional time to review newly received discovery, conduct a defense investigation, and to initiate plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161(h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from Barry Rekoon, counsel for defendant Daniel Covarrubias and AUSA Olowoyeye to sign and submit this stipulation and proposed order on their behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendants Jamie Rangel and Daniel Covarrubias should be continued until Friday, September 13, 2013 at 9:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: August 8, 2013

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ WILLIAM E. BONHAM for
                                        OLUSERE OLOWOYEYE
                                        Assistant U.S. Attorney

1
2  Dated: August 8, 2013
3
4                                          By:/s/ WILLIAM E. BONHAM for
                                            WILLIAM E. BONHAM
5                                           Counsel for Defendant
6                                           Jamie RANGEL

7  Dated: August 8, 2013
8
9                                          By:/s/ WILLIAM E. BONHAM for
                                            BARRY REKOON
10                                          Counsel for Defendant
11                                          Daniel COVARRUBIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

IT IS SO ORDERED that the status conference for defendants, Jamie Rangel and Daniel Covarrubias, currently set for Friday, August 9, 2013 at 9:00 am should be vacated and continued to Friday, September 13, 2013 at 9:00 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from August 9, 2013 up to and including September 13, 2013 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: August 8, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge