IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-00117  GEB |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| DANIEL COVARRUBIAS, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

    The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

    OFFENSE:  21 USC § 841(a)(1)

    CJA Panel attorney Kyle Knapp is hereby appointed effective April 28, 2014, the date the Office of the Federal Defender first contacted him.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  April 29, 2014

    */s/ Garland E. Burrell, Jr.*
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

ORDER APPOINTING COUNSEL    1