KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
DANIEL COVARRUBIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL COVARRUBIAS,.<br><br>    Defendants. | No. 13-CR- 00117-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>Date:   August 22 2014<br>Time:  9:00am.<br>Judge: Honorable Garland E. Burrell, Jr |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Olusere Olowoyeye, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Daniel Covarrubias, that the previously-scheduled status conference, currently set for May 23, 2014, be vacated and that the matter be set for judgment and sentencing on August 22, 2014 at 9:00 a.m.

　　　Counsel have conferred and this continuance is requested to allow defense counsel additional time to review the pleadings in this matter, the probation report and to gather information that potentially could reflect on Mr. Covarrubias' exposure in this matter.  In addition, I recently took over the case from retained counsel, Barry Rekoon, who had a stroke,

//

and need to get his file and notes regarding the case.

IT IS SO STIPULATED.

Dated:  May 22, 2014                              BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY

                                         by:     /s/ Olusere Olowoyeye
                                                  OLUSERE OLOWOYEYE
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated:  May 22, 2014                              /s/ Kyle Knapp
                                                  KYLE KNAPP
                                                  Attorney for Defendant
                                                  DANIEL COVARRUBIAS

**[PROPOSED] ORDER**

  The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's May 23, 2014 criminal calendar and re-calendared for sentencing on August 22, 2014.

  **IT IS SO ORDERED**.
Dated: May 23, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```