KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
DANIEL COVARRUBIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL COVARRUBIAS,.<br><br>　　　　Defendants. | No. 13-CR- 00117-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>Date:　April 24 2014<br>Time:　9:00am.<br>Judge:　Honorable Garland E. Burrell, Jr |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Olusere Olowoyeye, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Daniel Covarrubias, that the previously-scheduled status conference, currently set for December 19, 2014, be vacated and that the matter be set for judgment and sentencing on April 24, 2015 at 9:00 a.m.

　　　Counsel have conferred and this continuance is requested to allow defense counsel additional time to present mitigation evidence in this matter, confer with the Assistant United States Attorney and gather further information that potentially could reflect on Mr. Covarrubias' exposure in this matter. Additionally, Mr. Covarrubias' co-defendant will not be sentenced

until April and Mr. Olowoyeye will be out of the office for several months in the imminent future.

IT IS SO STIPULATED.

Dated:  December 17, 2014                                           BENJAMIN B. WAGNER
                                                                              UNITED STATES ATTORNEY

                                                              by:    /s/ Olusere Olowoyeye
                                                                              OLUSERE OLOWOYEYE
                                                                              Assistant U.S. Attorney
                                                                              Attorney for Plaintiff

Dated:  December 17, 2014                                          /s/ Kyle Knapp
                                                                              KYLE KNAPP
                                                                              Attorney for Defendant
                                                                              DANIEL COVARRUBIAS

### [PROPOSED] ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 19, 2014 criminal calendar and re-calendared for sentencing on April 24, 2015.

**IT IS SO ORDERED**.
Dated:  December 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge