KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
DANIEL COVARRUBIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL COVARRUBIAS,.<br><br>  Defendants. | No. 13-CR- 00117-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>Date:  May 1, 2015<br>Time:  9:00am.<br>Judge:  Honorable Garland E. Burrell, Jr |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Olusere Olowoyeye, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Daniel Covarrubias, that the previously-scheduled sentencing hearing, currently set for April 24, 2015, be vacated and that the matter be set for judgment and sentencing on May 1, 2015 at 9:00 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to present mitigation evidence in this matter, confer with the Assistant United States Attorney and gather further information that potentially could reflect on Mr. Covarrubias' exposure in this matter. To that end, it is respectfully requested that the respective sentencing memorandum by both counsel be submitted to the court no later than April 24, 2015.

IT IS SO STIPULATED.

Dated:  April 21, 2015                                                BENJAMIN B. WAGNER
                                                                      UNITED STATES ATTORNEY

                                          by:     /s/ Olusere Olowoyeye
                                                   OLUSERE OLOWOYEYE
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated:  April 21, 2015                             /s/ Kyle Knapp
                                                   KYLE KNAPP
                                                   Attorney for Defendant
                                                   DANIEL COVARRUBIAS

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's April 24, 2015 criminal calendar and re-calendared for sentencing on May 1, 2015.   Counsel's Sentencing Memorandums to be submitted no later than April 24, 2015.

**IT IS SO ORDERED**.

Dated:  April 21, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge