**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Daniel Covarrubias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Covarrubias,<br><br>Defendant. | CASE NO.   13-CR-00117-JAM<br><br>**STIPULATION AND ORDER TO SET NEW DISPOSITIONAL DATE**<br><br>DATE: July 19, 2022<br>Time:  9:30 am<br>COURT: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, Daniel Covarrubias, that the previously scheduled dispositional date of July 19, 2022, be vacated and the matter set for hearing on August 2, 2022 at 9:30am.

This continuance is requested to allow defendant to resolve the intake matters necessary to do a program as part of an anticipated sentence.  I have contacted Mr. Lee and Mr Millhouse and they have no objection to the new sentencing date.

Dated July 14, 2022                                             Respectfully submitted.


                                                                           /s/ Kyle R. Knapp
                                                                         Kyle R. Knapp
                                                                         Attorney for Defendant Daniel Covarrubias

Dated: July 14, 2022							Respectfully submitted.

							 /s/ Justin Lee
							Justin Lee
							Assistant U.S. Attorney
							Attorney for Plaintiff

IT IS SO ORDERED.

Dated: July 14, 2022					/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							SENIOR UNITED STATES DISTRICT COURT JUDGE