UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
8/2/2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL COVARRUBIAS,<br><br>        Defendant. | Case No.  2:13-cr-00117 JAM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL

This is to authorize and direct you to release DANIEL COVARRUBIAS - Case No. 2:13-cr-00117 JAM; Charge 18 U.S.C. § 3606 - from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $

\_\_\_\_  Unsecured Appearance Bond $

\_\_\_\_  Appearance Bond with 10% Deposit

**X**  Other: Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on 8/2/2022 at 9:50 AM.

_/s/ John A. Mendez_
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE