UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 09, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DANIEL COVARRUBIAS,

    Defendant.

Case No. 2:13-cr-00117-JAM-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL COVARRUBIAS</u>, Case No. <u>2:13-cr-00117-JAM-1</u>, Charge <u>18 U.S.C. § 3606,</u> from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): **TIME SERVED.**

DATED: January 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE